### McCOWEN *v.* TRIPLETT.

SIMMONS, C. J.   There being no complaint that any error of law was committed upon the trial, and the evidence being sufficient to authorize the verdict, the judgment, refusing a new trial, is

*Affirmed.   All the Justices concur.*

Submitted March 16, — Decided March 30, 1904.

Complaint. Before Judge Gary. Richmond superior court. March 11, 1903.

*S. H. Myers* and *B. B. McCowen,* for plaintiff.
*Julian J. Zachry,* for defendant.